UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RICHARD J TOY                                                   CIVIL ACTION NO.

v

                                                                JUDGE:
ROUSE'S ENTERPRISES, L.L.C.                                     Magistrate Judge

## COMPLAINT

### Jurisdiction and venue

1. This complaint is based on 42 USC sec. 1981 and 28 USC sec. 1343 and venue in this district is proper because all conduct complained of occurred in this district.

### Parties

2. Plaintiff, Richard J Toy, was at all material times, of Asian (Chinese) ethnicity. He was hired by Rouse's Enterprises, L.L.C. (Rouse's) at its store on Airline Highway at Labarre Rd in Metairie, La (the Airline store) as the prepared foods (non-baked) deli manager at a base salary of $59,800 plus quarterly bonuses and benefits. Rouse's employs more than 500 people.

### Background

3. Plaintiff was hired by Rouse's in June 2010 and was transferred to the Airline St March 2011. In October 2011 Chad Movant (Caucasian) arrived as the Store Director and was plaintiff's supervisor. Morvant fired plaintiff October 22, 2012 for the purported reason of creating disorder and/or lack of harmony among employees.

4. In about July 2012 Morvant gave plaintiff an overall negative evaluation. One of the components was plaintiff's revenue for which he was given a "3" despite having made 5 straight quarterly income goals with a 110% maximum bonus for each quarter. Other managers got the same or higher marks for less revenue.

5. On October 20, 2012 plaintiff was confronted by one of his subordinate employees, Silvio Medina, about whom he had complained several times, but as to whom Movant had taken no disciplinary action.

6. Plaintiff and Medina were having a discussion about how Medina had handled a customer and Medina began to use obscene language and then followed plaintiff to the deli while shouting in his ear. Medina came close to plaintiff despite plaintiff's telling him to get away. Plaintiff felt threatened.

7. Medina failed to back off and sprayed plaintiff with saliva while shouting at him.

8. Accordingly, plaintiff pushed Medina away and then walked away.

9. Again, Medina was not disciplined.

### Count 1 - discriminatory, pretextual discharge

10. Plaintiff was discharged for the purported reason of creating disorder and/or lack of harmony among team members.

11. Plaintiff claims that the discharge reason was grounded in the above incident with Medina.

12. Some 40 days after the negative performance evaluation, Morvant told him that he was doing a lot better and whatever he was doing to keep it up.

13. Defendant filmed the incident with Medina on its store video.

14. Defendant failed to inspect the video before firing plaintiff.

15. Defendant has failed to preserve the video.

16. Inspection of the video would have shown that Medina, not plaintiff, was the aggressor and had created disorder and lack of harmony.

17. Plaintiff was replaced by a non-Asian.

18. Plaintiff alleges that the real reason for his discharge was the racial/ethnic animosity of the Director.

### Relief sought

19. Plaintiff seeks all legal and equitable relief, including, but not limited to, damages for emotional distress, lost wages, judicial interest from date of judgment, the value of lost benefits, punitive damages (not subject to a cap), attorney fees, costs, and trial by jury.

Respectfully submitted,
/s/ J Courtney Wilson 13561
1510 Veterans Blvd
Metairie, La 70005
(T) 504/832-0585
(F) 504/846-2400

PLEASE DO NOT ISSUE SERVICE