UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RICHARD J. TOY                                                   CIVIL ACTION

VERSUS                                                           NUMBER: 13-0219

ROUSES ENTERPRISES, L.L.C.                                       SECTION: "C" 4

**J U D G M E N T**

In accordance with the Court's Order and Reasons, record document number 50,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of defendant Rouses Enterprises, L.L.C. and against plaintiff Richard J. Toy, dismissing plaintiff's complaint with prejudice.

New Orleans, Louisiana, this 18th day of February 2014.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE